PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: William Dennis Riker  Cr.: 21-00213-001
PACTS #: 62412

Name of Sentencing Judicial Officer:	THE HONORABLE THOMAS D. SCHROEDER
UNITED STATES DISTRICT JUDGE (MIDDLE DISTRICT OF NORTH CAROILINA)

Date of Original Sentence: 01/19/2012

Original Offense:   Count One: Failure to Register As A Sex Offender

Original Sentence: 30 months imprisonment, Life term of supervised release

Special Conditions: Special Assessment; Provide any Requested Financial Information; Drug Testing and Treatment and Abstain from the Use of Alcohol During Treatment; Sex Offender Treatment; Restricted Contact with Minors; Do Not Frequent Places Where Children Congregate; Restriction from Sexually Explicit Materials; Search; Sex Offender Registration

Name of Assigned Judicial Officer: THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Violation: 01/19/22

Violation Sentence: Custodial term of 13 months (credit for time served); Life term of supervised release; Special Conditions: Alcohol/Drug Testing and Treatment; Restricted Contact with Minors; Polygraph Examination; Sex Offense-Specific Assessment and Treatment

Type of Supervision: Supervised Release	Date Supervision Commenced: 02/18/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The Individual Under Supervision (IUS) falsified statements to the undersigned regarding having purchased a vehicle and reporting to the undersigned that he had not. During a home inspection on May 3, 2022, the undersigned asked the IUS if the vehicle with Pennsylvania license plates that was parked outside his motel door was his, and he replied it was not. He further stated he hoped to be able to purchase a vehicle in the near future. It was discovered that the IUS purchased such vehicle on April 9, 2022, and had Holly Zimmerman, who resides in Pennsylvania, to register the vehicle in her name and obtain Pennsylvania license plates. It should be noted that Ms. Zimmerman is awaiting sentencing in the Eastern District of Pennsylvania on a federal charge of Conspiracy to Distribute Fentanyl, Heroin and |

Prob 12A – page 2<br>William Dennis Riker

2

Methamphetamine. After receiving the vehicle, the IUS reportedly blocked all contact from Ms. Zimmerman, who had provided him with money to purchase the vehicle and was planning on reporting the vehicle as stolen. On May 3, 2022, such vehicle was returned to Ms. Zimmerman.

This has also hindered the attempts to refer the IUS to substance abuse treatment as he resides in a remote location with no public transportation and he reported he did not have any mode of transportation to get to a treatment facility, when in fact, he was in possession of a vehicle.

On April 8, 2022, the undersigned asked the IUS if he had any contact with Ms. Zimmerman, and he replied he had not. He had also reported on March 29, 2022, that he had not had any contact with Ms. Zimmerman.

On March 29, 2022, during a home inspection, the IUS tested positive for alcohol use.

U.S. Probation Officer Action:
The undersigned facilitated the return of the vehicle with Ms. Zimmerman's U.S. Pretrial Officer, Gerard Dempsey of the Eastern District of Pennsylvania. The IUS was interviewed, and he reported he asked her to place the vehicle in her name because he still has a North Carolina Driver's license. He also admitted to receiving money from Ms. Zimmerman to assist in purchasing the vehicle. The Probation Office is requesting a status conference as the IUS was recently released from custody from a revocation on February 18, 2022, and has already resorted to falsifying statements to the U.S. Probation Office.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  *Susan Karlak*
     SUSAN KARLAK
     Senior U.S. Probation Officer

/ sk

APPROVED:

*Suzanne Golda-Martinez*            *05/04/2022*
SUZANNE GOLDA-MARTINEZ            Date
Supervising U.S. Probation Officer

Prob 12A – page 3
William Dennis Riker

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other (a status conference, as recommended by the Probation Office)

**A status conference has been scheduled for 05/12/22 at 11:00 am. Link for hearing to follow.**

_____
Signature of Judicial Officer

May 4, 2022
_____
Date